IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:17cr436-MHT
                              )            (WO)
DONNELL MARICUS WOODS         )

ORDER

At a hearing on October 26, 2018, defense counsel said that, with his motion for pre-sentence psychiatric or psychological examination, he seeks a mental-health evaluation to assist in the determination of what mental-health treatment defendant Donnell Maricus Woods should receive (a) while incarcerated and (b) while on supervised release after incarceration. He also acknowledged that the examination could be done locally. Accordingly, it is ORDERED as follows:

(1) Defendant Donnell Maricus Woods's motion for pre-sentence psychiatric or psychological examination (doc. no. 70) is granted.

(2) Sentencing, now set for November 13, 2018, is continued to December 13, 2018, at 10:00 a.m., in

Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(3) Defense counsel to make appropriate arrangement, within four business days, for the selection and payment of a mental-health expert to do the examination or evaluation.

(4) Defense counsel is to file the report of the mental-health examination or evaluation by no later than December 10, 2018.

DONE, this the 29th day of October, 2018.

                                  /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE